No. 76–5981. HENSON v. BELL, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 76–5984. HOPKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 76–5994. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6010. MURRAY v. NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 76–6011. FEHRENBACH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 76–6030. CLEVENGER v. UNITED STATES; and
No. 76–6081. BRAFFORD v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 547 F. 2d 1165.

No. 76–6058. WILSON v. TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 76–6131. WATSON v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–6132. BERNTH v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. 

No. 76–6134. ZATKO v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–6136. EMBRY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 76–6141. PETTIGREW v. FLORIDA. C. A. 5th Cir. Certiorari denied.